JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORIA JACKSON, | ) NO. CV 06-08213-JFW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| M. KNOWLES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:    7/29/09   .

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE